UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARIS L. KELLEY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No.: 4:09-CV-01749 |
| TRANS UNION LLC, *et al.*, | § § § | |
| Defendants. | § | |

**DEFENDANT FIRST NATIONAL CREDIT CARD CENTER INC.'S
RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant First National Credit Card Center Inc. ("FNCCC") makes its disclosure of interested persons.

1. The parent entity of FNCCC is First National Bank of Omaha, a nationally-chartered bank.

2. First National of Nebraska, Inc. owns a majority interest in First National Bank of Omaha.

3. First National of Nebraska, Inc. stock is traded over the counter.

Respectfully submitted,

**BELL NUNNALLY & MARTIN LLP**

By:   /s/ Beverly A. Whitley
      Beverly A. Whitley
      Texas Bar No. 21374500

1400 One McKinney Plaza
3232 McKinney Avenue
Dallas, Texas 75204-2429
Telephone: (214) 740-1400
Telecopier: (214) 740-1499

**ATTORNEYS FOR DEFENDANT
FIRST NATIONAL CREDIT CARD
CENTER, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served upon the counsel listed below in the manner indicated on the date indicated.

**VIA ELECTRONIC FILING**

Charis L. Kelley
4008 Loueta #312
Spring, Texas 77388
chariskelley@rocketmail.com

Dated this the 29th day of June, 2009.

      /s/ Beverly A. Whitley
      Beverly A. Whitley

6683.7 / 508972_1.DOC